IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **TABITHA PHIPPS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.  2:15-cv-02101-STA-cgc |
| ) | |
| **ACCREDO HEALTH GROUP, INC.;** ) | |
| **EXPRESS SCRIPTS ADMIN., LLC a/k/a** ) | |
| **EXPRESS SCRIPTS,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER CONTINUING TRIAL DATE AND PRETRIAL DEADLINES

A trial is set to begin in this matter on March 6, 2017.  Before the Court are the parties' supplemental briefs on Defendant Accredo Health Group, Inc.'s motion for summary judgment as well as Plaintiff Tabitha Phipps's motion for sanctions and supplemental motion for sanctions. The Court finds cause to continue the current trial setting and all pretrial deadlines so as to give the Court sufficient time to decide the parties' motions.  The trial date will be reset by separate order.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 6, 2017